■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR HERNANDEZ, Appellant, v. MILTON BATTERMAN, as Warden of the Penitentiary of the City

of New York, Rikers Island, Respondent.— Appeal from judgment, Supreme Court, Bronx County, entered August 13, 1971, dismissing appellant's writ of habeas corpus, unanimously dismissed as moot, relator having been discharged from custody. If we did not dismiss, we would affirm. Concur — Kupferman, J. P., McNally, Tilzer and Capozzoli, JJ.